■ In the Matter of CARMINE MONTEMARANO et al., Appellants, v GREGORY V. SERIO, as Superintendent of Insurance of

the State of New York, et al., Respondents, et al., Respondents. [777 NYS2d 299]—Order, Supreme Court, New York County (Michael D. Stallman, J.), entered April 9, 2003, unanimously affirmed for the reasons stated by Stallman, J., without costs or disbursements. No opinion. Concur—Nardelli, J.P., Andrias, Ellerin, Lerner and Marlow, JJ.